United States District Court
Southern District of Texas
**ENTERED**
July 25, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Wilmington Savings Fund Society

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　Case No.: 4:22–cv–01342
　　　　　　　　　　　　　　　　　　　　Judge Keith P Ellison

Kristi Dunn

    Defendant.

## NOTICE REGARDING INITIAL CONFERENCE

    This notice is being issued in connection with the above referenced proceeding. We are currently scheduled for an initial, or scheduling, conference. As a standard practice in this court, we ask that parties try to agree to dates and deadlines and submit them in the form of a proposed scheduling order. If the parties are able to reach an agreement, the Court will dispense with the conference. I am attaching the standard form scheduling order, which can also be downloaded from the court's website: www.txs.uscourts.gov.

    In working through the schedule, please keep in mind that trial is normally scheduled within fifteen months after the case is filed in, or removed to, federal court. Dispositive motions should be filed three months prior to the trial date. In the attached proposed scheduling order, we have included specific due dates for dispositive motions and the joint pretrial order. We have also noted a trial date based on the guidelines stated above.

    If you return the completed scheduling order one week prior to your scheduled hearing, the conference will be cancelled. The order should be e-mailed to my Case Manager, Arturo Rivera at Arturo_Rivera@txs.uscourts.gov. Alternatively, you can fax it to 713-250-5503.

    Signed on July 25, 2022, at Houston, Texas.

                                                  Keith P. Ellison
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Wilmington Savings Fund Society   §
                                  §
*versus*                          §   Civil Action 4:22–cv–01342
                                  §
Kristi Dunn                       §

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:_____Days         Jury:_____ Non-Jury:_____

1.  (a) **NEW PARTIES** shall be joined by:   _____
    The Attorney causing the addition of new parties will provide copies of this Order to new parties.

    (b) **AMENDMENT to PLEADINGS**
    by Plaintiff or Counter-Plaintiff shall be filed by:   _____

2.  EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:   _____

3.  EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:   _____

4.  DISCOVERY must be completed by:   _____
    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
    (except motions *in limine*) will be filed by:         5/15/23
                                                  (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
(The Court will fill in this date)

    8/7/23
    (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.

    8/14/23
    (15 Months from the date case filed)

_____

Date                             Keith P. Ellison
                                 United States District Judge

_____

Date                             Counsel for Plaintiff(s)

_____

Date                             Counsel for Defendant(s)