# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND** | § | |
| **SOCIETY, FSB, NOT IN ITS INDIVIDUAL** | § | |
| **CAPACITY BUT SOLELY AS** | § | |
| **CERTIFICATE TRUSTEE OF BOSCO** | § | |
| **CREDIT II TRUST SERIES 2010-1,** | § | **Civil Action No. 4:22-cv-1342** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KRISTI DUNN,** | § | |
| | § | |
| **Defendant.** | § | |

## DECLARATION OF MARK D. CRONENWETT

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.      "My name is Mark D. Cronenwett. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct, and within my personal knowledge.

2.      I am an attorney for Wilmington Savings Fund Society, FSB, not in its Individual Capacity but Solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 ("Wilmington" or "Plaintiff").

3.      My firm has represented Plaintiff in prior actions, including but not limited to Civil Action No. 4:22-cv-1342 in the United States District Court for the Southern District of Texas.

4.      I am an attorney licensed to practice in the State of Texas and I am a member the United States District Court for the Southern District of Texas. I am currently managing attorney for the litigation department of the law firm of Mackie Wolf Zientz & Mann, P.C. (MWZM), with

offices located in Dallas, Texas and Houston, Texas. I am in good standing with respect to the State Bar of Texas.

5.      MWZM was retained by Plaintiff to enforce Defendant's obligation to pay the Note and seek a personal money judgment against the Defendant. The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to Plaintiff by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; review and analysis of the history of this matter; preparation and filing of the Original Complaint in this action; completing service; drafting a motion for summary judgment; drafting a response to a motion to dismiss; conducting legal research; drafting a response to a motion for summary judgment and multiple conferences with Plaintiff's mortgage servicer regarding all of these items and this matter generally. These activities are set forth in chronological order by name and date on the invoices included with the motion as **Exhibit A-1**. The hours set forth for each activity were actually expended on the topics stated.

6.      The reasonable incurred attorneys' fees are $6,037.50 in filing and prosecuting Plaintiff's claims as a result of the default of under the Note between the parties. The hourly rate charged is $200.00 per hour for attorneys and $125.00 per hour for paralegals and legal assistants.

7.      I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Southern District of Texas and within the State of Texas.

8.      I anticipate that Plaintiff will incur an additional $30,000.00 in attorney's fees in order to enforce Plaintiff's right to collect under the Note, through trial.

9.      Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas, and applying the facts and factors set out above, it is my opinion that the hourly rate of up to $200.00 per hour for attorneys and $125.00 per hour for paralegals and legal assistants are reasonable and customary."

FURTHER DECLARANT SAYETH NAUGHT.

Signed this June 5, 2023.

_____
**MARK D. CRONENWETT**

# EXHIBIT A-1

| Invoice Date |
| --- |
| 06/09/2022 |

| Invoice Number |
| --- |
| 330014 |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Franklin Credit Management Corporation
101 Hudson Street
25th Floor
Jersey City, NJ 07302

Loan No ███████
Reference:
Property Addr: 13681 Bighorn Trail
Willis, TX 77378
Our File: 20-000023-740-1

MWZM Case No.: 20-000023-740-1; Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
| --- | --- | --- | --- |
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 04/26/2022 | Filing Costs for original complaint.- Recoverable | Yes | $402.00 |
| 04/27/2022 | Process Server Costs- Recoverable | Yes | $203.50 |

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| | | | | | |
| 05/25/2022 | Associate Attorney Fee-Hourly-Recoverable Lieber, Robert | Yes | $200.00 | 0.30 | $60.00 |
| Review and analyze answer filed by borrower | | | | | |

| Invoice Date |
|---|
| 04/11/2023 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

Franklin Credit Management Corporation
101 Hudson Street
25th Floor
Jersey City, NJ 07302

Loan No: ████
Reference:
Property Addr: 13681 Bighorn Trail
Willis, TX 77378
Our File: 20-000023-740-1

MWZM Case No.: 20-000023-740-1; Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 07/18/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| Prepare email to opposing counsel to follow up on draft of joint case management plan. | | | | | |
| 07/19/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| Telephone conference with opposing counsel regarding and draft of joint case management plan. | | | | | |
| 07/19/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| Finalize joint case management plan. | | | | | |
| 07/27/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.20 | $25.00 |
| Prepare correspondence to court administrator inquiring if we can appear telephonically or via Zoom for the initial pretrial and scheduling conference | | | | | |
| 07/27/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.50 | $62.50 |
| Prepare agreed scheduling/docket control order per Court`s request | | | | | |
| 07/27/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.30 | $37.50 |
| Prepare revisions to Agreed Scheduling/Docket Control Order | | | | | |
| 07/27/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.30 | $37.50 |
| Receipt and review signed Agreed Scheduling/Docket Control Order from opposing counsel, finalize and submit to Court for execution | | | | | |
| 07/27/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| Review and revise agreed scheduling order prepared by S. Taplin. | | | | | |
| 07/28/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.20 | $25.00 |
| Receipt and review correspondence from case manager about changes needed to be made to the proposed agreed scheduling order | | | | | |
| 07/28/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.30 | $37.50 |
| Prepare revision to proposed scheduling order and submit same to opposing counsel to review, sign and return for | | | | | |

| Date | Description | Recoverable | Rate | Hours | Amount |
|---|---|---|---|---|---|
| \- | submission to the Court | | | | |
| 07/28/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.20 | $25.00 |
| \- | Receipt and review signed proposed agreed scheduling order from opposing counsel and forward same to case manager for Judge`s review | | | | |
| 07/28/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| \- | Receipt and review signed scheduling order. | | | | |
| 08/01/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.40 | $50.00 |
| \- | Receipt and review court ordered deadlines and process same | | | | |
| 08/15/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.60 | $75.00 |
| \- | Prepare initial disclosures | | | | |
| 08/16/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.20 | $25.00 |
| \- | Prepare service of Plaintiff`s initial disclosures on opposing counsel | | | | |
| 08/16/2022 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $125.00 | 0.40 | $50.00 |
| \- | Draft notice of service of rule 26 initial disclosures | | | | |
| 08/16/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| \- | Review and revise initial disclosures prepared by S. Taplin. | | | | |
| 08/19/2022 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| \- | Receipt and review opposing counsel`s initial disclosures. | | | | |
| 11/17/2022 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.50 | $300.00 |
| \- | Begin Drafting MSJ. | | | | |
| 11/23/2022 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.20 | $40.00 |
| \- | Review Payment History to Finish Drafting MSJ. | | | | |
| 01/19/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| \- | Prepare for Call with Katie Linder regarding payoff figures. | | | | |
| 03/21/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.30 | $37.50 |
| \- | Finalized the Plaintiff`s Designation of Expert Witnesses including supporting exhibit prior to filing with the court. | | | | |
| 03/21/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.40 | $80.00 |
| \- | Draft Designation of Expert Witnesses. | | | | |
| 03/31/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.00 | $200.00 |
| \- | Further Draft Motion for Summary Judgment. | | | | |
| 03/31/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.80 | $160.00 |
| \- | Review Amortization Schedule and Calculate updated payoff for loan. | | | | |
| 04/04/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.50 | $300.00 |
| \- | Draft Client Declaration to be attached to MSJ as Exhibit. | | | | |
| 04/04/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.30 | $37.50 |
| \- | Combined and redacted supporting exhibits to the Declaration to the Motion for Summary Judgment. | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,945.00 |

| Invoice Date |
|---|
| 05/15/2023 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

### INVOICE

Franklin Credit Management Corporation
101 Hudson Street
25th Floor
Jersey City, NJ 07302

Loan No:
Reference:
Property Addr: 13681 Bighorn Trail
Willis, TX 77378
Our File: 20-000023-740-1

MWZM Case No.: 20-000023-740-1; Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 04/26/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Receipt and review of Defendants expert witness designation. | | | | | |
| 05/11/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.20 | $40.00 |
| Review updated payoff statement to be attached to MSJ. | | | | | |
| 05/11/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.60 | $120.00 |
| Draft Proposed Order for Motion for Summary Judgment. | | | | | |
| 05/11/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.30 | $37.50 |
| Combined and redacted supporting exhibits to the Declaration in support of the Motion for Summary Judgment. | | | | | |
| 05/11/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Review Exhibits to client declaration prepared by R. Lenehan. | | | | | |
| 05/12/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.20 | $40.00 |
| Review of corrected payoff statement. | | | | | |
| 05/12/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Review updated payment history. | | | | | |
| 05/12/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.30 | $37.50 |
| Declaration in support of the Motion for Summary Judgment submitted for review, execution and return. | | | | | |
| 05/12/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.20 | $25.00 |
| Revised Combined and redacted supporting exhibits to the Declaration in support of the Motion for Summary Judgment. | | | | | |
| 05/12/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.30 | $37.50 |
| Receipt and review of the executed Declaration in support of the Motion for Summary Judgment. | | | | | |
| 05/12/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Review executed client declaration to be added as an exhibit to the MSJ. | | | | | |

| Invoice Date |
| --- |
| 06/05/2023 |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Franklin Credit Management Corporation
101 Hudson Street
25th Floor
Jersey City, NJ 07302

Loan No: ███████
Reference:
Property Addr: 13681 Bighorn Trail
Willis, TX 77378
Our File: 20-000023-740-1

MWZM Case No.: 20-000023-740-1; Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 05/15/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Review invoices from 4/26/22 to be attached as Exhibit B-1 to MSJ. | | | | | |
| ████████████████████████████████████████ | | | | | |
| 05/15/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.40 | $80.00 |
| Final Review of MSJ Motion, Brief and Proposed Order prior to filing. | | | | | |
| 05/15/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.30 | $37.50 |
| Research and obtain SCRA/Pacer results for each named defendant prior to filing the Motion for Summary Judgment. | | | | | |
| 05/15/2023 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $125.00 | 0.40 | $50.00 |
| Finalized the Motion for Summary Judgment and Brief in Support thereof including supporting exhibits prior to filing with the court. | | | | | |
| 05/15/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Review Exhibits to the Motion for Summary Judgment prepared by R. Lenehan. | | | | | |
| 05/18/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.40 | $80.00 |
| Receipt and review of D`s Motion for Summary Judgment. | | | | | |
| 05/18/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.40 | $80.00 |
| Receipt and review of D`s motion to dismiss due to lack of subject matter jurisdiction. | | | | | |
| 06/01/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 2.50 | $500.00 |
| Begin drafting Response to Defendant`s Motion to Dismiss for lack of subject matter jurisdiction. | | | | | |
| 06/01/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.30 | $60.00 |
| Draft Proposed order denying defendant`s motion to dismiss. | | | | | |
| 06/01/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.60 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Further review of arguments made in D`s motion to dismiss. | | | | | |
| 06/01/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.00 | $200.00 |
| Research on including attorneys fees through trial to amount in controversy requirement. | | | | | |
| 06/05/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.00 | $200.00 |
| Further drafting of Response to Defendants MTD. | | | | | |
| 06/05/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.80 | $160.00 |
| Pull and review docket/case for cases cited in D`s MTD. | | | | | |
| 06/05/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 3.00 | $600.00 |
| Draft Plaintiff`s response to D`s Motion for Summary Judgment. | | | | | |
| 06/05/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 0.50 | $100.00 |
| Further review of arguments in Defendant`s Motion for Summary Judgment. | | | | | |
| 06/05/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.00 | $200.00 |
| Research requirement for standing to enforce promissory Note. | | | | | |
| 06/05/2023 | Associate Attorney Fee-Hourly-Recoverable Haley, Cheyenne | Yes | $200.00 | 1.00 | $200.00 |
| Research deficiency judgment under Texas Property code and collection of unsecured debt under Texas Business and Commerce Code. | | | | | |
| 06/05/2023 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $125.00 | 0.50 | $62.50 |
| Preparation of exhibits in support Plaintiffs Response to Defendants Motion to Dismiss | | | | | |

Invoice#: ███████

Invoice Date: 06/05/2023

Loan No: ███████
Reference:
Property Addr: 13681 Bighorn Trail
Willis, TX 77378
Our File: 20-000023-740

| BILLED CASE SUMMARY SINCE INCEPTION | |
|---|---|
| FEES | $0.00 |
| EXPENSES | $605.00 |
| TIME | $5432.50 |
| TOTAL | $6037.50 |

Thank you for the opportunity to be of service.

Please contact invoicing@mwzmlaw.com for any questions or concerns regarding items on this invoice.